# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ )
                                         )
THE PATRIOTS FOUNDATION                  )
6601 Westown Parkway, Suite 240          )
West Des Moines, IA 50266                )
                                         )
                          Plaintiff,     )
                                         )
v.                                       )          Civil Case No. _____
                                         )
UNITED STATES DEPARTMENT                 )
OF TREASURY                              )
1500 Pennsylvania Avenue NW              )
Washington, DC 20220,                    )
                                         )
                          Defendant.     )
_____ )

## DECLARATION OF CRAIG ROBINSON

Craig Robinson hereby declares and states as follows:

1.      I am the President of The Patriots Foundation, a Section 501(c)(3) non-profit organization which seeks to educate the public on matters of government openness and transparency.  In consultation with my counsel at HoltzmanVogelJosefiak, PLLC, and on behalf of The Patriots Foundation, I filed the Freedom of Information Act ("FOIA") request at issue in this lawsuit.  I am providing this declaration in support of Plaintiff's Motion for a Preliminary and Permanent Injunction in this case under FOIA.

2.      The Patriots Foundation's mission is to educate the American public by shinning light on the inner workings of the federal government.  One of the ways The Patriots Foundation accomplishes this goal is by exercising its rights under FOIA.

3.      The Department of Treasury (Department) is tasked with developing the economic policy of the United States while also managing the finances and resources of

the United State Government, which predominantly consist of revenue generated by

collecting taxes on the American people.  From time to time, the Department will meet

with individuals attempting to influence that policy.

4.       On June 25, 2014, Department officials as well as White House staff

members met with billionaire, clean energy activist, and manager of a federal

independent expenditure committee, Tom Steyer.

5.       To understand how this meeting influenced the policies of the Department

and the Administration writ large, and to further an open and transparent government,

The Patriots Foundation sent the Department a FOIA request seeking correspondence and

documents related to the meeting June 25, 2014.

6.       To obtain copies of such correspondence and documents, I submitted a

FOIA request to the Department dated June 24, 2014, that sought:

> any and all records, as that term is defined under FOIA (5 U.S.C.
> § 552(f)(2)), and applicable case law (*see, e.g.*, *Forsham v. Harris*,
> 455 U.S. 169, 193 (1980)), existing in any format whatsoever,
> including, but not limited to, written correspondence, email
> correspondence, records of telephone correspondence, records
> pertaining to in-person meetings, calendar or scheduling entries,
> videotapes, photographs, computer print-outs, telephone messages, or
> voice mail messages, *etc.*, and consisting of correspondence in any
> form whatsoever and without limitation, or detailing meetings or
> discussions in any form whatsoever and without limitation, *between*:
>
> 1.  United States Treasury Department, employees, representatives, or
>     agents, including specifically, but not limited to:
>
>     -   Secretary of the Treasury and employees, representatives or
>         agents of the Secretary's Office
>
>     -   Deputy Secretary of the Treasury and employees, representatives
>         or agents of the Deputy Secretary's Office
>
>     -   Office of Legislative Affairs Director of the Treasury and
>         employees, representatives or agents of the Director's Office

*and*

2.   Senator Harry Reid, the Senate Majority Leader's Office, or any
      employee agent or representative thereof.

o*r*

3.   Tom Steyer.

*Regarding and/or mentioning and/or otherwise referring to:*

Any communications including but not limited to references to the
meeting that took place between Department of Treasury Officials and
Tom Steyer on or around June 25, 2014.

7.      I signed the initial request on June 24, 2014, and according to FedEx

receipts, the Department received the request on June 25, 2014.

8.      To-date, I have not received any documents, records, requests for

extension, or correspondence whatsoever regarding the FOIA request at issue in this case.

9.      Without disclosure of documents relating to the meeting between White

House officials and Tom Steyer, The Patriots Foundation cannot fulfill its mission of

educating the public by facilitating an open and transparent government with regards to

environmental and economic policy.

10.      I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC, this 12th day of September, 2014.

/s/ Craig Robinson
Craig Robinson