# EXHIBIT A



**THE PATRIOTS FOUNDATION**

June 24, 2014

FOIA Request
U.S. Treasury Department
Attn: FOIA Officer/Disclosure Services
Department of the Treasury
1849 C Street, NW
Washington, DC 20220

**FOIA REQUEST**

To Hugh Gilmore:

On behalf of The Patriots Foundation, a Section 501(c)(3) non-profit organization, and in consultation with my lawyers at Holtzman Vogel Josefiak PLLC, I make this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, 31 C.F.R. § 1 *et seq*. I request that a copy of the records detailed below be provided to me. I do not wish to inspect the records first.

I seek any and all records, as that term is defined under FOIA (5 U.S.C. § 552(f)(2)), and applicable case law (*see, e.g., Forsham v. Harris*, 455 U.S. 169, 193 (1980)), existing in any format whatsoever, including, but not limited to, written correspondence, email correspondence, records of telephone correspondence, records pertaining to in-person meetings, calendar or scheduling entries, videotapes, photographs, computer print-outs, telephone messages, or voice mail messages, *etc.*, and consisting of correspondence in any form whatsoever and without limitation, or detailing meetings or discussions in any form whatsoever and without limitation, *between*:

1. United States Treasury Department, employees, representatives, or agents, including specifically, but not limited to:
   - Secretary of the Treasury and employees, representatives or agents of the Secretary's Office
   - Deputy Secretary of the Treasury and employees, representatives or agents of the Deputy Secretary's Office
   - Office of Legislative Affairs Director of the Treasury and employees, representatives or agents of the Director's Office

*and*

2. Senator Harry Reid, the Senate Majority Leader's Office, or any employee agent or representative thereof.

or

3. Tom Steyer.

*Regarding and/or mentioning and/or otherwise referring to:*

Any communications including but not limited to references to the meeting that took place between Department of Treasury Officials and Tom Steyer on or around June 25, 2014.

This request seeks any and all records in the possession of any Department of the Interior custodian meeting the above criteria for the period May 1, 2014 to June 30, 2014.

Notice is hereby given that as a non-profit corporation requesting these records for its own use, The Patriots Foundation qualifies as an "other requester[]" within the meaning of 5 U.S.C. § 552(a)(4)(A)(ii)(III) and 31 C.F.R. § 1.5(b)(2)(v). The Patriots Foundation states that it will use any records released under this FOIA Request to evaluate the operations of the U.S. government.

Notice is hereby given that The Patriots Foundation is willing to pay the appropriate fees incurred and assessed for the "document search and duplication" of the agency records responsive to this request. 5 U.S.C. § 552(a)(4)(A)(ii)(III); *see also* 31 C.F.R. § 1.7.

Please search for responsive records regardless of format, medium, or physical characteristics. I request that responsive records be produced in native format, or the format most felicitous to an expedited production. Upon receipt of this request, please take all reasonable steps to preserve relevant public records while the request is pending.

If it is your position that any portion of the requested records is exempt from disclosure, I request that you provide a *Vaughn* index of those documents. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). As you are aware, a *Vaughn* index must describe each document claimed as exempt with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA." *Founding Church of Scientology v. Bell*, 603 F.2d 945, 959 (D.C. Cir. 1979). Moreover, the *Vaughn* index must "describe each document or portion thereof withheld, and for each withholding it must discuss the consequences of supplying the sought-after information." *King v. U.S. Dep't of Justice*, 830 F.2d 210, 223-24 (D.C. Cir. 1987).

In the event that some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable, non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). Pursuant to regulation, please clearly delineate any and all redactions in such a manner so that the justification for each redaction is apparent. *See* 31 C.F.R. § 1.5(h)(4). If it is your position that a document contains non-exempt segments and that those non-exempt segments are so dispersed throughout the documents as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed through the document. *Mead Data Cent. v. U.S. Dep't of the Air Force*, 455 F.2d 242, 261 (D.C. Cir. 1977). Claims of non-segregability must be made with the same detail as required for claims of exemptions in a *Vaughn* index. If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of the record for release.

If you have any questions about this request, please do not hesitate to contact me at (515) 497-0503 or craig@thepatriotsfoundation.com. Please send the requested documents to my attention at:

Craig Robinson
The Patriots Foundation
6601 Westown Parkway, Suite 240
West Des Moines, IA 50266

Because of the time-sensitive nature of this request, I ask that you strictly comply with the 20-day time limit established by FOIA and applicable regulations. *See* 5 U.S.C. § (a)(6)(A); 31 C.F.R. § 1.5(h). Please be advised that once this 20-day period has expired, you are deemed to have constructively denied this request, and The Patriots Foundation will consider the internal appeals process to be constructively exhausted. *See, e.g., Citizens For Ethics And Responsibility In Government v. Fed. Election Comm'n*, 711 F.3d 180 (D.C. Cir. 2013). I also respectfully request that documents be made available as soon as they are located and reviewed via a rolling production. The Patriots Foundation will undertake to pay any and all reasonable increased costs incurred as part of a rolling production.

Sincerely,

*[signature: Craig Robinson]*

Craig Robinson
The Patriots Foundation